**Order issued February 25, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

### No. 05-14-00309-CR
_____

### PATRICK DARNELL LAWRENCE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

## O R D E R

Before Chief Justice Wright and Justices Myers and Evans

Based on the Court's opinion of this date, we **GRANT** the August 22, 2014 motion of Kathleen A. Walsh for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Kathleen A. Walsh as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Patrick Darnell Lawrence, TDCJ No. 1914343, Sanchez State Jail, 3901 State Jail Road, El Paso, Texas, 79938-8456.

/ Lana Myers/
LANA MYERS
JUSTICE